IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>RODNEY SANDRIDGE<br>      DEFENDANT. | Criminal Action No.<br><br>1:15-CR-00300-LMM-LTW-02 |

## NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Nathan P. Kitchens herein files notice of his appearance in the above-styled case, and respectfully requests that he be added as counsel of record for the United States.

Respectfully submitted,

JOHN A. HORN
   *United States Attorney*


/s/Nathan P. Kitchens
   *Assistant United States Attorney*
Georgia Bar No. 263930
Nathan.Kitchens@usdoj.gov
*600 U.S. Courthouse*
*75 Ted Turner Drive S.W.*
*Atlanta, GA 30303*
*(404) 581-6000   fax (404) 581-6181*

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

>Judy Kim, Esq.
>Kimani King, Esq.
>*Counsel for Rodney Sandridge*

January 3, 2017

>/s/ NATHAN P. KITCHENS
>NATHAN P. KITCHENS
>*Assistant United States Attorney*