# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:15-cr-00300-LMM-LTW
## USA v. Sandridge et al
## Honorable Leigh Martin May

Minute Sheet for proceedings held In Open Court on 03/30/2017.

| | |
|---|---|
| TIME COURT COMMENCED: 9:17 A.M. | COURT REPORTER: Jana Colter |
| TIME COURT CONCLUDED: 10:27 A.M. | CSO/DUSM: 1 CSO |
| TIME IN COURT: 1:10 | USPO: Maria Ridley |
| OFFICE LOCATION: Atlanta | DEPUTY CLERK: Rebecca Bachelor |

| | |
|---|---|
| DEFENDANT(S): | [2] Rodney Sandridge Present at proceedings |
| ATTORNEY(S) PRESENT: | Samir Kaushal representing USA<br>Judy Kim representing Rodney Sandridge<br>Kimani King representing Rodney Sandridge<br>Nathan Kitchens representing USA |
| PROCEEDING CATEGORY: | Sentencing Hearing (Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | The Court adopted the Presentence Report and made it the findings of the Court subject to Court's ruling on the parties' objections. The Court heard from Government's and Defendant's counsel. Government's exhibits 6 and 8 were admitted The Court pronounced the sentence as to count 1 of the Indictment as CBOP forty-two (42) months, three (3) years supervised release with standard and special conditions, no fine, restitution in the amount of $389,123.07, and a special assessment of $100. The Court inquired about objections to the sentence. Government's and Defendant's counsel did not object. The Court advised Defendant of his right to appeal his sentence. |
| HEARING STATUS: | Hearing Concluded |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |