FILED IN CHAMBERS
U.S.D.C. - Atlanta

SEP 20 2019

James N. Hatten, Clerk
By: _____ Deputy Clerk

1:15-CR-300-LMM-2

Dear Judge Leigh Martin May, This letter is to ask for a modifycation of condition to pay 150 dollars a month payment to probation. I am working on getting my CDL's but I did not pass the test. I am doing handyman work but that, with whatever public assistense I can get is not covering my room and board. I am now 550 dollars behind on my payment and I have nowhere to turn. All other conditions of my probation are being meet in a timely manner. My name is Rodney Sandridge. Probation Officer Thomas J. Hare - (404) 309-9231
1:15-cr-00300-LMM-LTW USA v Sandridge et al
Thank you - Please

Rodney L Sandridge

2024 Montgomery Trail Duluth, GA 30096
R. SANDRIDGE

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
2211 United States Courthouse
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361
Att. JUDGE LEIGH MARTIN MAY

CLEARED
SEP 19 2019
Marshals
nta Ga