IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | CRIMINAL ACTION NO. |
| | : | 1:15-CR-0300-LMM |
| v. | : | |
| | : | |
| RODNEY SANDRIDGE, | : | |
| | : | |
| Defendant. | : | |

## ORDER

This case comes before the Court on Defendant Rodney Sandridge's Motion to Modify Conditions of Release [120]. The Court has communicated with the United States Probation Office on this issue. The Court agrees with Probation that permission for Defendant to freely travel with its associated expenses should be withheld when Defendant is not paying his restitution payment. The Court has already modified his restitution payment so that he only owes $50 per month. If Defendant begins paying his restitution, the Court may then allow him to travel.

Accordingly, Defendant's Motion [120] is **DENIED**.

**IT IS SO ORDERED** this 17th day of June, 2021.

_____

**Leigh Martin May**
**United States District Judge**